BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00496 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT CALEB MATTHEW MORRIS |
| v. | ) |
| CALEB MATTHEW MORRIS, | ) |
| Defendant. | ) |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, telephone numbers and residential addresses, as well as other forms of personal identification and financial information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant CALEB MATTHEW MORRIS, by and through his counsel of record Peggy Sasso and the Office of the Federal Defender ("Defense Counsel"), and plaintiff United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  At the conclusion of the case, Defense

Counsel will return the discovery to the Government or will certify that it has been shredded.

    5.  Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.  Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

    7.  In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: January 4, 2011          BENJAMIN B. WAGNER
                                      United States Attorney

                                   By: /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney

                                      (As authorized 1/4/11)

Dated: January 4, 2011          /s/ Peggy Sasso
                                      Attorney for Defendant

IT IS SO ORDERED.

**Dated:   January 4, 2011**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE