DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
ANN H. VORIS, CA Bar#100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CALEB MATTHEW MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00496 OWW |
|       *Plaintiff-Appellee,* | |
| v. | DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL AND ORDER THEREON |
| CALEB MATTHEW MORRIS, | |
|       *Defendant-Appellant.* | |

**Motion to Dismiss and Consent Thereto**

Defendant-Appellant Caleb Matthew Morris hereby moves this court for an order dismissing his interlocutory appeal of the detention ordered issued by Magistrate Judge Gary S. Austin on December 16, 2010.

On December 30, 2010, Mr. Morris filed a Notice of Appeal from the Magistrate's December 16, 2010, Detention Order with the District Court, District Judge Oliver W. Wanger.

///

///

///

///

Dated: January 25, 2011          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Peggy Sasso
                                        PEGGY SASSO
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorneys for Appellant- Defendant
                                        CALEB MATTHEW MORRIS

I hereby consent to this motion for dismissal of my interlocutory appeal as stated above.

Date: January 25, 2011

                                        /s/ Caleb Matthew Morris
                                        CALEB MATTHEW MORRIS
                                        Appellant-Defendant

## ORDER

**IT IS SO ORDERED.** The interlocutory appeal of the detention order issued by Magistrate Judge Gary S. Austin on December 16, 2010, is hereby dismissed.

IT IS SO ORDERED.

**Dated:   January 25, 2011**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE