```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559)  497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for the
         United States of America
 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
                                      )   1:10-CR-00496 OWW
11   UNITED STATES OF AMERICA,        )
                                      )   PRELIMINARY ORDER OF FORFEITURE
12                                    )
                   Plaintiff,         )
13                                    )
          v.                          )
14                                    )
                                      )
15   CALEB MATTHEW MORRIS,            )
                                      )
16                                    )
                   Defendant.         )
17  _____    )
```

18    Based upon the plea agreement entered into between plaintiff
19 United States of America and defendant Caleb Matthew Morris, it is
20 hereby ORDERED, ADJUDGED, AND DECREED as follows:
21    1.   Pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. §
22 1028(b)(5), 18 U.S.C. § 1029(c)(1)(C), defendant Caleb Matthew
23 Morris' interest in the following property shall be condemned and
24 forfeited to the United States of America, to be disposed of
25 according to law:
26         a.   Nspire Laptop Computer, Model C151, Serial
                Number 1032788500094 and All Electronic
27              Storage Devices, Such as Compact Discs (CD,CD-R,
                CD-RW, DVD); and
28
   ///

    b. Alienware Laptop Computer, Serial Number SA69N7D2D234, model m5700i-R2 and All Electronic Storage Devices, Such as Compact Discs (CD, CD-R, CD-RW, DVD).

 2. The above-listed assets constitute property, real or personal, involved in a violation of 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 1028A(a)(1), (c)(4), and (c)(5), property used or intended to be used to commit a violation of 18 U.S.C. 1028A(a)(1), (c)(4), and (c)(5) as well as property derived from proceeds traceable to a violations of 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 1028A(a)(1), (c)(4) and (c)(5).

 3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

 4. a. Pursuant to 18 U.S.C. § 1028(g), 18 U.S.C. § 982(b)(1) and 18 U.S.C. § 1029(c)(2), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the United States'(or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed

property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 1028(b), and 1029(c)(1)(c), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 21, 2011**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE