| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ANN H. VORIS, CA Bar #100433<br>Assistant Federal Defender |
| 3 | PEGGY SASSO, CA Bar #228906<br>Assistant Federal Defender |
| 4 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 5 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 7 | Attorneys for Defendant<br>CALEB MATTHEW MORRIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00496 OWW |
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO ADVANCE STATUS |
| v. | ) | CONFERENCE  HEARING; |
| | ) | ORDER |
| CALEB MATTHEW MORRIS, | ) | |
| | ) | Date:   April 4, 2011 |
| *Defendant.* | ) | Time:   9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, and Assistant Federal Defender Ann H. Voris and Peggy Sasso, Counsel for Defendant Caleb Matthew Morris, that the hearing currently set for May 2, 2011 at 9:00 a.m., **may be advanced and rescheduled to April 4, 2011 at 9:00 a.m.**

The parties have agreed to submit on the plea agreement that was filed on February 10, 2011.

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: March 31, 2011 | /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: March 31, 2011 | /s/ Ann H. Voris<br>ANN H. VORIS<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CALEB MATTHEW MORRIS |

**ORDER**

IT IS SO ORDERED.

**Dated:   March 31, 2011**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE