1 BENJAMIN B. WAGNER
United States Attorney
2 STANLEY A. BOONE
Assistant U.S. Attorney
3 2500 Tulare Street
Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for the
 United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      1:10-CR-00496 OWW
                                 )
12                  Plaintiff,    )      FINAL ORDER OF FORFEITURE
                                 )
13      v.                        )
                                 )
14 CALEB MATTHEW MORRIS,          )
                                 )
15                  Defendant.    )
_____)
16

17      WHEREAS, on March 21, 2011, the Court entered a Preliminary

18 Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §

19 982(a)(2)(B), 18 U.S.C. § 1028(b)(5), and 18 U.S.C. §

20 1029(c)(1)(C), based upon the plea agreement entered into between

21 plaintiff and defendant Caleb Matthew Morris forfeiting to the

22 United States the following property:

23           a)   Nspire Laptop Computer, Model C151,
                  Serial Number 1032788500094 and All
24                Electronic Storage Devices, Such
                  as Compact Discs (CD, CD-R, CD-RW, DVD);
25                and

26           b)   Alienware Laptop Computer, Serial Number
                  SA69N7D2D234, model m5700i-R2 and All
27                Electronic Storage Devices, Such as
                  Compact Discs (CD, CD-R, CD-RW, DVD).
28 ///

                            1              Final Order of Forfeiture

1    AND WHEREAS, beginning on March 24, 2011, for at least 30

2  consecutive days, the United States published notice of the

3  Court's Order of Forfeiture on the official internet government

4  forfeiture site www.forfeiture.gov.  Said published notice

5  advised all third parties of their right to petition the Court

6  within sixty (60) days from the first day of publication of the

7  notice for a hearing to adjudicate the validity of their alleged

8  legal interest in the forfeited property;

9    AND WHEREAS, the Court has been advised that no third party

10  has filed a claim to the subject property, and the time for any

11  person or entity to file a claim has expired.

12    Accordingly, it is hereby ORDERED and ADJUDGED:

13    1.   A Final Order of Forfeiture shall be entered forfeiting

14  to the United States of America all right, title, and interest in

15  the below-listed property pursuant to 18 U.S.C. § 982(a)(2)(B),

16  18 U.S.C. § 1028(b)(5), and 18 U.S.C. § 1029(c)(1)(C), to be

17  disposed of according to law, including all right, title, and

18  interest of Caleb Matthew Morris:

19        a)   Nspire Laptop Computer, Model C151,
             Serial Number 1032788500094 and All
20             Electronic Storage Devices, Such
             as Compact Discs (CD, CD-R, CD-RW, DVD);
21             and

22        b)   Alienware Laptop Computer, Serial Number
             SA69N7D2D234, model m5700i-R2 and All
23             Electronic Storage Devices, Such as
             Compact Discs (CD, CD-R, CD-RW, DVD).
24

25    2.   All right, title, and interest in the above-listed

26  property shall vest solely in the name of the United States of

27  America.

28  ///

2                        Final Order of Forfeiture

1    3.    The U.S. Secret Service shall maintain custody of and

2  control over the subject property until it is disposed of

3  according to law.

4       IT IS SO ORDERED.

5  **Dated:    July 5, 2011**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28