HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Caleb Matthew Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-cr-00496 DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   December 12, 2016 |
| CALEB MATTHEW MORRIS, | TIME:    2:00 p.m. |
| Defendant. | JUDGE: Duty calendar |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for October 31, 2016, at 2:00 p.m., before the Honorable Barbara A. McAuliffe, may be continued until December 12, 2016, at 2:00 p.m.

Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case M16922788.  Speaking with Mr. Morris' deputy public defender, Scott Chu, they need additional time for investigation and defense preparation on that matter.  The federal violation of supervised release largely hinges on the outcome of the state case.  Therefore, both parties would like to see how the state matter will resolve and would request additional time from this court.

As this is a violation of supervised release, no time exclusion is necessary under the Speedy Trial Act.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: October 25, 2016 |   | By: | /s/ *Patrick Delahunty*<br>PATRICK DELAHUNTY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 25, 2016 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CALEB MATTHEW MORRIS |

**O R D E R**

IT IS SO ORDERED that the 1st Status Conference re Violation of Supervised Release hearing in the above-captioned matter now set for October 31, 2016, at 2:00 p.m., before the Honorable Barbara A. McAuliffe, is continued until December 12, 2016, at 2:00 p.m. Duty calendar.

IT IS SO ORDERED.

Dated: __October 27, 2016__       /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE