HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Caleb Matthew Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CALEB MATTHEW MORRIS,<br><br>  Defendant. | Case No.  1:10-cr-00496 DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  February 6, 2017<br>TIME:   2:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for December 12, 2016, at 2:00 p.m., before the Honorable Stanley A. Boone, may be continued until February 6, 2017, at 2:00 p.m. before the Honorable Sheila K. Oberto.

Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case M16922788.  That case has a continued arraignment date of January 9, 2017, to allow Mr. Morris' state court public defender to conduct additional investigation on the case and to allow for additional defense preparation.  The federal violation of supervised release largely hinges on the outcome of the state case.  Therefore, both parties would like to see how the state matter will resolve and would request additional time from this court.

As this is a violation of supervised release, no time exclusion is necessary under the

Speedy Trial Act.

                                  Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

DATED: December 5, 2016        By:   /s/ *Patrick Delahunty*
                                  PATRICK DELAHUNTY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: December 5, 2016        By:   /s/ *Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CALEB MATTHEW MORRIS

## **O R D E R**

IT IS SO ORDERED.

Dated: **December 5, 2016**

                                  UNITED STATES MAGISTRATE JUDGE