1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Caleb Matthew Morris

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No.  1:10-cr-00496 DAD
   |                           | ) |
12 |         Plaintiff,        | ) | STIPULATION AND ORDER TO CONTINUE
   |                           | ) | STATUS CONFERENCE
13 | vs.                       | ) |
   |                           | ) | DATE:  March 13, 2017
14 | CALEB MATTHEW MORRIS,     | ) | TIME:  2:00 p.m.
   |                           | ) | JUDGE: Hon. Erica P. Grosjean
15 |         Defendant.        | ) |
   |                           | ) |
16 |_____| ) |

17

18     IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the status conference hearing in the above-captioned matter now set for

20 February 6, 2017, at 2:00 p.m., before the Honorable Sheila K. Oberto, may be continued until

21 March 13, 2017, at 2:00 p.m. before the Honorable Erica P. Grosjean.

22     Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case

23 M16922788.  That case has been set for jury trial on February 23, 2017.  The federal violation of

24 supervised release largely hinges on the outcome of the state case.  Therefore, both parties would

25 like to see how the state matter will resolve and would request additional time from this court.

26     As this is a violation of supervised release, no time exclusion is necessary under the

27 Speedy Trial Act.

28 ///

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: February 1, 2017 |   | By: | /s/ *David Gappa*<br>DAVID GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 1, 2017 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CALEB MATTHEW MORRIS |

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 2, 2017**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE