HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Caleb Matthew Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-cr-00496 DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   May 1, 2017 |
| CALEB MATTHEW MORRIS, | TIME:    2:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for March 13, 2017, at 2:00 p.m., before the Honorable Erica P. Grosjean, may be continued until May 1, 2017, at 2:00 p.m. before the Honorable Barbara A. McAuliffe.

Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case M16922788.  Due to a witness availability issue, the jury trial in that case has been reset for March 29, 2017, with a "time out"/speedy trial date of April 10, 2017.  The federal violation of supervised release largely hinges on the outcome of the state case.  Therefore, defense counsel would like to see the resolution of the state matter before proceeding on the federal violation. The government has no objection to the requested continuance.

///

As this is a violation of supervised release, no time exclusion is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: March 7, 2017        By:    /s/ *David Gappa*
                                   DAVID GAPPA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   HEATHER E. WILLIAMS
                                   Federal Defender

DATED: March 7, 2017        By:    /s/ *Charles J. Lee*
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CALEB MATTHEW MORRIS

# O R D E R

The status hearing is continued to May 1, 2017 at 2:00 p.m. before Judge Stanley Boone.

IT IS SO ORDERED.

Dated:   **March 7, 2017**                /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE