| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Caleb Matthew Morris |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:10-cr-00496 DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| | ) DATE: June 5, 2017 |
| CALEB MATTHEW MORRIS, | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Stanley A. Boone |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for May 1, 2017, may be continued until June 5, 2017, at 2:00 p.m. before the Honorable Stanley A. Boone.

Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case M16922788. Due to the late discovery of a witness and the defense attorney's desire to interview and subpoena that witness, the jury trial on the state misdemeanor has been reset to May 11, 2017, with an additional 10-court day time waiver. The state court has indicated no additional continuances will be granted absent unusual circumstances. Defense counsel has contacted the state court public defender who confirms the jury trial is anticipated to commence on the May 11 date.

| | | |
|---|---|---|
| 1 | The federal violation of supervised release largely hinges on the outcome of the state case. Therefore, defense counsel would like to see the resolution of the state matter before proceeding on the federal violation. The government has no objection to the requested continuance. | |

The federal violation of supervised release largely hinges on the outcome of the state case. Therefore, defense counsel would like to see the resolution of the state matter before proceeding on the federal violation. The government has no objection to the requested continuance.

As this is a violation of supervised release, no time exclusion is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 13, 2017　　　　　By:　　/s/ *David Gappa*
　　　　　　　　　　　　　　　　　　　DAVID GAPPA
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 13, 2017　　　　　By:　　/s/ *Charles J. Lee*
　　　　　　　　　　　　　　　　　　　CHARLES J. LEE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　CALEB MATTHEW MORRIS

## O R D E R

IT IS SO ORDERED THAT the 1st Status Conference re Violation of Supervised Release is continued from Duty calendar of May 1, 2017 to June 5, 2017 at 2:00PM in courtroom 8 before Judge McAuliffe for Duty calendar.

IT IS SO ORDERED.

Dated:　**April 19, 2017**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE