1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorney for Defendant
6   Caleb Matthew Morris

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  1:10-cr-00496 DAD
                                       )
12              Plaintiff,             )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   TO CONTINUE STATUS CONFERENCE
13  vs.                                )
                                       )   DATE:   July 10, 2017
14  CALEB MATTHEW MORRIS,              )   TIME:    2:00 p.m.
                                       )   JUDGE: Hon. Erica P. Grosjean
15              Defendant.             )
                                       )
16  _____   )

17

18          IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the status conference hearing in the above-captioned matter now set for

20  June 5, 2017, may be continued until July 10, 2017, at 2:00 p.m. before the Honorable Erica P.

21  Grosjean.

22          Mr. Morris has a misdemeanor state case filed in Fresno County Superior Court, case

23  M16922788.  His case was scheduled for jury trial on May 11, 2017, but due to the government's

24  chief investigating officer giving birth earlier than expected, the trial was rescheduled to June 6,

25  2017.  The government anticipates she will be back from maternity leave on the new trial date

26  and the trial should proceed on the June 6 date.

27          The federal violation of supervised release largely hinges on the outcome of the state

28  case.  Therefore, defense counsel would like to see the resolution of the state matter before

proceeding on the federal violation. The government has no objection to the requested continuance.

As this is a violation of supervised release, no time exclusion is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: May 24, 2017          By:   /s/ David L. Gappa
                                   DAVID L. GAPPA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 24, 2017          By:   /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CALEB MATTHEW MORRIS

## O R D E R

IT IS SO ORDERED THAT the 1st Status Conference re Violation Supervised Release is continued from Duty calendar of June 5, 2017 to July 10, 2017 at 2:00pm before Judge Grosjean in courtroom 10.

IT IS SO ORDERED.

Dated:   **May 24, 2017**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE