IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED 

OCT 31 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:10-cr-00496 DAD

CALEB MATTHEW MORRIS

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Caleb Matthew Morris |
| Detained at | Correctional Training Facility at Soledad |
| Detainee is: | a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: PETITION FOR VIOLATION OF PROB/SUPVSD |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ David L. Gappa
Printed Name & Phone No: David L. Gappa
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/31/2018

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | BE1674 | DOB: | |
| Facility Address: | Soledad Prison Road, Soledad, CA 93960 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)